UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STEVEN D. MCVAY, | Case Nos. 19-CV-04534-LHK; |
|---|---|
| Petitioner, | 16-CR-00186-LHK |
| v. | **AMENDED JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

On January 14, 2022, the Court denied the motion to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2255 ("§ 2255 motion). ECF No. 7. The Clerk shall enter judgment in favor of Respondent United States of America and against Petitioner Steven D. McVay.[1] Steven D. McVay shall obtain no relief by way of the § 2255 motion. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 14, 2022

_Lucy H. Koh_
LUCY H. KOH
United States Circuit Judge[2]

---

[1] This judgment vacates and supersedes *McVay v. United States*, 19-cv-04534, ECF No. 6.
[2] Sitting by designation on the United States District Court for the Northern District of California.

Case Nos. 19-CV-04534-LHK; 16-CR-00186-LHK
AMENDED JUDGMENT

1